# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**DAMIEN CLARK**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:18-mj-00067

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about January 22, 2018, within the Southern District of Indiana, DAMIEN CLARK, the defendant herein, having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit: Dealing or Manufacturing a Controlled Substance on October 14, 2015 under case number 2015-0868-FH out of Kalamazoo, Michigan, and; Dealing or Manufacturing a Controlled Substance on October 25, 2010 under case number 2010-004456 out of St. Joseph, Michigan, did knowingly possess a firearm, to wit: a Glock Model 43, 9 millimeter handgun and five 9 millimeter rounds of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Todd Bevington, ATF

**Sworn to before me, and subscribed in my presence**

January 25, 2018                                at      Indianapolis, Indiana
**Date**

David. E. Jones, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                    Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Todd Bevington, having been duly sworn under oath, state as follows:

### I.  PRELIMINARY MATTERS

#### Affiant Background and Affidavit Purpose

1. I, Todd J. Bevington, am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since December of 2013. Prior to working with the ATF, I was a police officer and detective with the Richmond, Virginia, Police Department for over thirteen years. I graduated from the Federal Law Enforcement Training Center and am currently assigned to the ATF-Indianapolis Field Office. I have participated in numerous state and federal firearms and narcotics investigations. The information contained in this Affidavit is either personally known to me, or was told to me by other law enforcement officers

2. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth each and every fact I have learned during this investigation, but rather is provided solely for the purpose of establishing probable cause in support of the complaint in this matter.

#### Purpose of this Affidavit

3. This Affidavit is submitted in support of a Complaint charging Damien Clark ("CLARK") with being a Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## II. FACTS ESTABLISHING PROBABLE CAUSE

4. On Monday, January 22, 2018 at approximately 6:55 p.m., Officer Clayton Portell with the Indianapolis Metropolitan Police Department (IMPD) was on patrol in his fully marked police vehicle, when he observed a gray Pontiac G6 driving northbound on Belleview Place in Indianapolis, Indiana. The Pontiac failed to use its turn signal as it turned left onto West Ohio Street. Officer Portell then attempted to catch up to the vehicle. The Pontiac then disregarded a stop sign at Holmes Avenue and turned right, once again failing to signal the turn. The Pontiac then pulled to the side of the road in front of 240 North Holmes Avenue in Indianapolis, Indiana. The Pontiac parked facing the wrong direction, and was not parked parallel to the curb.

5. Officer Portell then approached the Pontiac. The driver, and sole occupant, exited the vehicle quickly. Officer Portell ordered the driver to get back into the Pontiac and the driver refused, stating that he was already home. Officer Portell requested other officers to assist, and the driver then turned and began to walk away from Officer Portell. Officer Portell then drew his service weapon and ordered the driver to stop. The driver placed his hands in the air and began looking around as the sounds of sirens of assisting officers were approaching. Officer Portell ordered the driver to place his hands on the car, at which time he finally complied. Once additional officers arrived at 240 North Holmes Avenue, the driver was placed into handcuffs. The driver identified himself as Damien Clark (hereinafter "CLARK"), B/M, DOB XX/XX/1979.

6. While standing at the open door of the Pontiac, Officer Portell could smell an odor that he recognized as marijuana. Law enforcement ran CLARK's information through the BMV's records, to check the status of his license. CLARK's license came back suspended. There was also an active warrant notification for CLARK out of Kalamazoo County, Michigan for a

2

probation violation for Dealing in a Narcotic, which was issued on 10/22/2015 under case number 15-0868.

7. Due to the smell of the marijuana, Officer Portell conducted a search of the vehicle. Officer Portell located a firearm under the front driver seat inside of the Pontiac G6. Officer Portell then read CLARK his Miranda warnings from his department-issued Miranda Card. CLARK stated that he understood his rights. CLARK stated to Officer Portell that he knew the handgun was in the car. Officer Portell asked CLARK if the gun would come back stolen, and CLARK replied it might. CLARK also stated that he had purchased the firearm off of "the streets".

8. IMPD Officer Sarah Didandeh, a certified ATF Liaison, to assist in processing the firearm. Officer Didandeh took photos and processed the firearm for possible prints and DNA. The handgun was a Glock, Model 43, 9mm, serial number ABVC027. The Glock had four live rounds in the magazine and one live round in the chamber. A records check on the gun indicated that it was reported stolen out of Wabash County, Indiana on 08/06/2017, under case number 2017-006852.

9. CLARK has the following prior felony convictions out of Michigan:

    a. Dealing/Manufacturing a Controlled Substance on October 14, 2015 under case number 2015-0868-FH out of Kalamazoo, Michigan.

    b. Dealing/Manufacturing a Controlled Substance on October 25, 2010 under case number 2010-004456 out of St. Joseph, Michigan.

10. Based on my training and experience, I know that the Glock, Model 43, 9mm firearm and the ammunition were manufactured outside of the state of Indiana. Therefore, the firearm and ammunition has traveled through interstate commerce.

11. All of the events described above occurred in Marion County, Indiana, which is within the Southern District of Indiana.

### III. CONCLUSION

12. Based on the facts set forth in this Affidavit, I respectfully submit that there is probable cause to believe that on January 22, 2018 in the Southern District of Indiana, Damien CLARK, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition. The firearm and ammunition had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

                            Todd Bevington, Special Agent
                            Bureau of Alcohol, Tobacco, Firearms and Explosives

Signed and subscribed to before me on this 25th day of January, 2018.

                            David E. Jones, Magistrate Judge
                            United States District Court
                            Southern District of Indiana